UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| LESLIE LEETH DICKERSON FOGGER,<br><br>    Plaintiff,<br><br>VS.<br><br>CENTURYTEL, INC., Group Long Term Disability Insurance Benefits for Employees of CENTURY TELEPHONE ENTERPRISES, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY<br><br>    Defendants. | CIVIL ACTION NO. 3:10-cv-00741 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Leslie Leeth Dickerson Fogger ("Plaintiff") stipulates to the dismissal with prejudice of all of Plaintiff's claims and causes of action asserted against Defendants CenturyLink, Inc., formerly known as CenturyTel, Inc., the Group Long Term Disability Insurance Benefits for Employees of Century Telephone Enterprises, Inc., and Hartford Life and Accident Insurance Company (collectively, the "Defendants"), and in support would show that Plaintiff no longer wishes to pursue this matter against the Defendants.

WHEREFORE, Plaintiff prays that her claims asserted against the Defendants in this suit be dismissed with prejudice, and that each of these parties bear their own attorneys' fees and costs of court.

Respectfully submitted,

*William T Allison* T.A.

WILLIAM T. ALLISON
LSBA No. 2420
3421 Youree Drive
P.O. Box 5306
Shreveport, LA 71135-5306
Direct Dial Voice: (318) 734-0235
Direct Dial Fax: (888) 817-7232
Email: *bill@allisonlaw.com*

ATTORNEY FOR PLAINTIFF
LESLIE LEETH DICKERSON FOGGER

s/ John B. Shely          T.A.
JOHN B. SHELY
Texas State Bar No. 18215300
*Admitted Pro Hac Vice*
ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, Texas 77002
(713) 220-4200
(713) 220-4285 (facsimile)
Email: *jshely@andrewskurth.com*

s/ Joel P. Babineaux *
JOEL P. BABINEAUX
Louisiana State Bar No. 21455
Babineaux, Poché, Anthony
 & Slavich, L.L.C.
1201 Camellia Boulevard
Suite Three Hundred
Lafayette, Louisiana 70508
(337) 984-2505
(337) 984-2503 (Facsimile)
Email: *JBabineaux@bpasfirm.com*

ATTORNEYS FOR DEFENDANTS

\* *Signed by permission.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

William T. Allison
*bill@allisonlaw.com*

Joel P. Babineaux
*JBabineaux@bpasfirm.com*

s/ John B. Shely
John B. Shely

HOU:3086567.1